LEONARD E. RIEDL CONSTRUCTION, INC., Respondent, v MICHAEL HOMEYER et al., Appellants. (Appeal No. 2.) [963 NYS2d 893]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered December 20, 2011. The order awarded attorney's fees to plaintiff.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Leonard E. Riedl Constr., Inc. v Homeyer* (105 AD3d 1391 [2013]). Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.